1050

THE STATE OF WASHINGTON, *Respondent*, v. CHAD BUNYAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-1-00488-6, Leonard W. Costello, J., entered September 26, 1997. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Armstrong, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID G. LYNCH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-00694-5, Leonard W. Kruse, J., entered September 26, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Armstrong, J.

THE STATE OF WASHINGTON, *Respondent*, v. PATSY MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00495-5, David R. Draper, J., entered October 24, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES A. VALENTINE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-1-01577-8, Richard D. Hicks, J., entered December 5, 1997. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Seinfeld, JJ.